PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| United States of America | ) | |
| :--- | :--- | :--- |
| | ) | |
| vs | ) | |
| | ) | |
| Jason Jay Lingo | ) | Case No. 2:16CR00072-RMP-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jason Jay Lingo, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall participate in mental health treatment and following any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. The defendant shall allow reciprocal release of information between the supervising probation officer and treatment provider.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  7-22-16           _[signature]_  7-22-16
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_  7/26/16
Signature of Defense Counsel    Date

[X]   The above modification of conditions of release is ordered, to be effective on  July 27, 2016.

[ ]   The above modification of conditions of release is **not** ordered.

_[signature]_                                    July 27, 2016
Signature of Judicial Officer                    Date