# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    -vs-<br><br>JASON JAY LINGO,<br><br>                              Defendant. | **Case No.**      **2:16-CR-0072-RMP-1**<br>**CRIMINAL MINUTES**<br><br>**DATE:**      **FEBRUARY 19, 2021**<br>**LOCATION:**  SPOKANE VIDEO<br><br>**SUPERVISED RELEASE HEARING** |

| | | |
|---|---|---|
| | **Hon. Rosanna Malouf Peterson** | |
| Penny Lamb<br><br>**Courtroom Deputy** | LC2<br><br>**Law Clerk** | Crystal Hicks<br><br>**Court Reporter** |
| James Goeke<br><br>**Government Counsel** | | Colin G. Prince<br><br>**Defense Counsel** |
| **United States Probation Officer:**    Chris Heinen (via telephone) | | |

       **[ X ] Open Court**              **[ ] Chambers**               **[ X ] Telecon**

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared via video conference. The Court obtained Defendant's verbal consent to proceedings by video. Defendant present not in custody of United States Marshal with appointed counsel.

Court reviewed past hearings and the two pending allegations of supervised release violation by the Defendant. Violation No. 1 is a violation of SP 3 that Defendant shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults. Violation No. 2 is a violation of SP 5 that Defendant must allow the probation officer to install computer monitoring software on any computer. Defendant is alleged to have had in his possession, on or about January 8, 2021 a cell phone and that he was using it to view adult pornography. Mr. Prince advised that Defendant intended to admit to the violations. Defendant admitted to committing Violation Nos. 1 and 2.

Comments presented by counsel and the Defendant.

The Court makes NO FINDINGS as to the allegations of supervised release violations at this time. A follow-up status hearing shall be held May 20, 2021 at 10:00 a.m. via video.

# [ X ] ORDER FORTHCOMING

| | | | |
|---|---|---|---|
| **CONVENED:**  9:59 A.M. | **ADJOURNED:**  10:22 A.M. | **TIME:**  0:23 HR. | **CALENDARED**  **[ X ]** |