UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>JASON JAY LINGO,<br><br>                    Defendant. | NO: 2:16-CR-72-RMP-1<br><br>ORDER CONTINUING SUPERVISED RELEASE REVOCATION HEARING AND MODIFYING CONDITIONS |

A supervised release revocation hearing was initiated on February 19, 2021. Defendant Jason Jay Lingo, who is released, was present by video conference with his attorney Assistant Federal Defender Colin Prince. Defendant expressly waived his right to be physically present and consented to appear by video-conferencing for this hearing. *See* Fed. R. Crim. P. 43(a); General Order No. 2021-4 (E.D. Wash. Feb. 10, 2021); CARES Act, Pub. L. No. 116-136; State of Washington Office of the Governor, Proclamation 20-25.6, *"Safe Start – Stay Healthy" County-by-County Phased Reopening* (Jul. 7, 2020). Assistant United States Attorney James Goeke appeared by video conference on behalf of the Government.

ORDER CONTINUING SUPERVISED RELEASE REVOCATION
HEARING AND MODIFYING CONDITIONS ~ 1

Having heard from the parties regarding two alleged supervised release violations raised in a petition dated January 8, 2021, the Court grants Defendant's request to continue the revocation hearing by at least ninety days. The Court further modifies the conditions of Mr. Lingo's release as recommended by his supervising U.S. Probation Officer.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court holds findings on the two alleged violations in the petition dated January 8, 2021, in **abeyance**.

2. The supervised release revocation hearing shall **resume** on **May 20, 2021**, at **10:00 a.m.** The instructions for participating in the video conference shall be sent to the parties by separate order. The hearing also may be heard on the public telephone conference line by calling 1-888-363-4749, Access Code 4939688 # (no security code required).

3. All previously imposed conditions of release shall remain in effect, with the following additional conditions:

   7. You must maintain a complete and current inventory of your computer equipment and provide it to the supervising officer. You must provide a monthly record of computer usage and bills pertaining to computer access to the supervising officer.

   8. You must not possess or use any computer with access to any on-line computer service without the prior approval of the supervising officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network. You shall

not have access to a modem during your term of supervision without the prior approval of the supervising officer.

9. You must allow the probation officer, or designee, to conduct random inspections, including retrieval and copying of data from any computer, or any personal computing device that you possess or have access to, including any internal or external peripherals. This may require temporary removal of the equipment for a more thorough inspection. You must not possess or use any public or private data encryption technique or program. You must purchase and use such hardware and software systems that monitor your computer usage, if directed by the supervising officer.

10. You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.

11. You must complete a sex offender evaluation, which may include psychological and polygraph testing. You must pay according to your ability and allow the reciprocal release of information between the evaluator and supervising officer.

12. You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

13. You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment

provider. You must pay for treatment and testing according to your ability.

The District Court Clerk is directed to enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** February 19, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER CONTINUING SUPERVISED RELEASE REVOCATION HEARING AND MODIFYING CONDITIONS ~ 4