# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Plaintiff, | Case No. 2:16-CR-0072-RMP-1 |
|---|---|---|
| -vs- | | CRIMINAL MINUTES |
| JASON JAY LINGO, | Defendant. | DATE: MAY 20, 2021<br>LOCATION: SPOKANE VIA VIDEO<br><br>**SUPERVISED RELEASE HEARING** |

| | Hon. Rosanna Malouf Peterson | |
|---|---|---|
| Penny Lamb | LC2 | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Ann Wick | | Colin G. Prince |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** Chris Heinen | | |

**[ X ] Open Court**  **[ ] Chambers**  **[ X ] Telecon**

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared via video conference. Defendant present not in custody of United States Marshal and was represented by his appointed counsel.

Defendant previously admitted to committing Violation Nos. 1 and 2 and the disposition of the violations was held in abeyance for 90 days.

Mr. Prince addressed the Court and advised that Defendant is doing well and meeting all his requirements, and that Defendant has voluntarily forfeited all rights to the phone in probation's possession and asked that the violations be dismissed. Ms. Wick addressed the Court and advised that she had no comments and would defer to the Court for resolution of the matter. Defendant addressed the Court. Colloquy between the Court and Defendant.

The Court ordered that the violations be dismissed in their entirety and that probation shall dispose of the phone in probation's possession.

**[ X ] ORDER FORTHCOMING**

| CONVENED: 8:53 A.M. | ADJOURNED: 9:04 A.M. | TIME: 0:11 HR. | CALENDARED [ N/A ] |
|---|---|---|---|