FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JASON JAY LINGO,<br><br>                    Defendant. | NO: 2:16-CR-72-RMP-1<br><br>ORDER DISMISSING PETITION FOR SUPERVISED RELEASE VIOLATIONS |

A supervised release revocation hearing was held on May 20, 2021. Defendant Jason Jay Lingo, who is released, participated by video conference, as did his attorney Assistant Federal Defender Colin Prince. Defendant waived his right to be physically present and consented to appear by video-conferencing for this hearing. *See* Fed. R. Crim. P. 43(a); General Order No. 2021-5 (E.D. Wash. Mar. 19, 2021); CARES Act, Pub. L. No. 116-136. Assistant United States Attorney Ann Wick appeared by video conference on behalf of the Government.

ORDER DISMISSING PETITION FOR SUPERVISED RELEASE
VIOLATIONS ~ 1

Having heard from the parties and the supervising U.S. Probation Officer regarding two alleged supervised release violations raised in a petition dated January 8, 2021, the Court grants Defendant's oral Motion to Dismiss those alleged violations and memorializes Defendant's consent to forfeiture of the cell phone currently in possession of the U.S. Probation Office.

The Court commends Mr. Lingo for his demonstrated commitment to maintaining stability, healthy behaviors, and a productive lifestyle for himself and his family. With ongoing support and supervision from the U.S. Probation Office, the Court expects to see Mr. Lingo continue to progress toward rehabilitation.

Accordingly, **IT IS HEREBY ORDERED**:

1. The petition dated January 8, 2021, and the two supervised release violations alleged therein, are **DISMISSED**.

2. The cell phone seized from Mr. Lingo by the U.S. Probation Office is deemed **forfeited**.

3. Defendant shall continue under the terms and conditions of supervision imposed by the judgment and subsequent modification orders. *See* ECF Nos. 61, 69, and 85.

The District Court Clerk is directed to enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** May 20, 2021.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge